1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 GREGORY LAMB,                     ) NO. CV 08-00440-DOC (MAN)
                                     )
12               Petitioner,         )
                                     )
13       v.                          ) ORDER ADOPTING FINDINGS,
                                     )
14 ADAMS, WARDEN,                    ) CONCLUSIONS, AND RECOMMENDATIONS
                                     )
15               Respondent.         ) OF UNITED STATES MAGISTRATE JUDGE
   _____)

16

17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

for Writ of Habeas Corpus, all of the records herein, the Report and

19

Recommendation of United States Magistrate Judge ("Report"), and

20

Petitioner's Objections.  Having conducted a *de novo* review of those

21

matters to which objections have been stated in writing, the Court

22

accepts and adopts the Report and the findings of fact, conclusions of

23

law, and recommendations therein.

24

25

26      IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment

shall be entered dismissing this action with prejudice.

27

28

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2  the Judgment herein on the parties.

3

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:  January 12, 2011 .

7

8                                           **DAVID O. CARTER**
                                            DAVID O. CARTER
9                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28