# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LAMB, | ) NO. CV 08-00440-DOC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ADAMS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 12, 2011.

**DAVID O. CARTER**
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE